JFP:pac 7021/1 \pleading\70211EntryAppear.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS H. SULLIVAN | : | |
| | : | |
| VS. | : | C. A. NO. 06-156T |
| | : | |
| CREDIT COUNSELING CENTERS OF AMERICA | : | |

## ENTRY OF APPEARANCE

I, Joseph F. Penza, Jr., hereby enter my appearance on behalf of the defendant, Credit Counseling Centers of America.

Joseph F. Penza, Jr., Esq. #0607
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

## CERTIFICATION

I certify that I sent a true copy of the within on 7/6/06 to:

Christopher M. Lefebvre, Esq.
P. O. Box 479
Pawtucket, RI 02862

Patricia A. Cerca