JFP:pac 7021/1 \pleading\70211Answer.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS H. SULLIVAN | : | |
| | : | |
| VS. | : | C. A. NO. 06-156T |
| | : | |
| CREDIT COUNSELING CENTERS OF AMERICA | : | |

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

### I. PRELIMINARY STATEMENT

Inasmuch as the matters set forth in this portion of the plaintiff's complaint do not contain allegations, no answer is required by the defendant. To the extent that an answer is required, any and all allegations set forth in this portion of the complaint are denied.

### II. JURISDICTION

1. Denied.

2. Denied.

### III. PARTIES

3. Neither admitted nor denied.

4. Admitted to the extent that the defendant is a Texas corporation. Neither admitted nor denied with respect to the balance of the allegations.

5. The statement in paragraph #5 is a statement of the law and no response is required by the defendant. To the extent that a response is required, the allegations are neither admitted nor denied.

### IV. FACTUAL ALLEGATIONS

6. Neither admitted nor denied.

7. Neither admitted nor denied.

8. Neither admitted nor denied.

9. The statement in paragraph 9 purports to be a statement of the law and in that context, no answer is required by this defendant. To the extent that there are allegations against the defendant in this paragraph, those allegations are neither admitted nor denied.

10. The statement in paragraph 10 purports to be a statement of the law and in that context, no answer is required by this defendant. To the extent that there are allegations against the defendant in this paragraph, those allegations are neither admitted nor denied.

11. Admitted

12. Denied.

13. Denied.

14. Denied.

15. Admitted.

16. Denied.

17. The proceeding in the bankruptcy court has been dismissed.

## V. CAUSE OF ACTION

18. Defendant incorporates by reference its previous answers.

19. Denied.

20. Denied.

21. Denied.

## AFFIRMATIVE DEFENSES

1. The subject matter set forth in the plaintiff's complaint was resolved by agreement of counsel for the parties.

2. Plaintiff has no standing to bring the instant action under 11 U.S.C. §111.

3. Plaintiff's complaint fails to state a cause of action upon which relief may be granted.

4. This court lacks subject matter jurisdiction over the matter.

5. This court lacks jurisdiction over the defendant.

6. Improper venue.

WHEREFORE, defendant demands judgment against the plaintiff for his costs.

DEFENDANT, Credit Counseling Centers of America
By its Attorney,

Joseph F. Penza, Jr., Esq. #0607
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 7/6/06 to:

Christopher M. Lefebvre, Esq.
P. O. Box 479
Pawtucket, RI 02862

Patricia A. Cerra