**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THOMAS H. SULLIVAN** | : | |
| | : | |
| **VS.** | : | **C.A. No. 06-156** |
| | : | |
| **CREDIT COUNSELING** | : | |
| **CENTERS OF AMERICA** | : | |

## DISMISSAL STIPULATION

The above entitled complaint may be dismissed with prejudice.

**THOMAS H. SULLIVAN**
**BY CLAUDE LEFEBVRE**
**CHRISTOPHER LEFEBVRE, P.C.**

**/s/Christopher M. Lefebvre #4019**
**P.O. Box 479**
**Pawtucket, RI 02862**
**Tel. (401) 728-6060**
**Fax. (401) 728-6534**

## CERTIFICATION OF SERVICE

I hereby certify that on June 12, 2007, I electronically filed Dismissal Stipulation with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically: Joseph F. Penza, Esq.; and I hereby certify that I have faxed and mailed by United States Postal Service, postage pre-paid, the document and a copy of the Notice of Electronic Filing to the following non CM/ECF participants: None

/s/Christopher M. Lefebvre